No. 693. STEELE *v.* NEW YORK. December 23, 1946. Petition for writ of certiorari to the Supreme Court, West-

chester County, New York, denied.